**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Kevin C. Donovan, Esq.
Anne M. Dalena, Esq.
200 Campus Drive
Florham Park, New Jersey 07932-0668
Tel: (973) 624-0800
Fax: (973) 624-0808
*Attorneys for Defendants Meadows Foundation, Inc., Sue Ann Derkach, Nat Clymer, Robert Mettler, Janet Steinhauer, Theresa Thorson, Joanna Rose*

| | |
|---|---|
| ALLISON O'BRIEN and NEVIN OLSON and all similarly situated past, present and future persons employed and/or housed by Meadows Foundation, Inc., <br><br>     Plaintiffs, <br><br>         v. <br><br> MEADOWS FOUNDATION, INC., SUE ANN DERKACH, NAT CLYMER, ROBERT METTLER, JANET STEINHAUER, THERESA THORSON, JOANNA ROSE, JOHN/JANE DOES #1-10, THE TOWNSHIP OF FRANKLIN, jointly severally and individually, <br><br>     Defendants. | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br> Civil Action No.: <br><br><br><br> **NOTICE OF REMOVAL OF A CIVIL ACTION** <br><br> **[FILED ELECTRONICALLY]** |

**TO:**   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY:

PLEASE TAKE NOTICE, that pursuant to 28 U.S.C. § 1446 (a), Defendants Meadows Foundation, Inc., Sue Ann Derkach, Nat Clymer, Robert Mettler, Janet Steinhauer, Theresa Thorson, Joanna Rose ("defendants"), by and through their undersigned attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, on this date hereby remove this Civil Action from the Superior Court of New Jersey, Law Division, Somerset County, to the United States District Court for the District of New Jersey,

together with all process, pleadings, and Orders, as required by 28 U.S.C. § 1446 (a), copies of which are attached hereto, and made part hereof, and that defendants' Notice of Removal respectfully shows:

1. On August 29, 2019, plaintiffs Allison O'Brien and Nevin Olson filed a civil action in the Superior Court of New Jersey, Law Division, Somerset County, bearing Docket Number SOM-L-1100-19, entitled "Allison O'Brien and Nevin Olson, and all similarly situated past, present, and future persons employed and/or housed by Meadows Foundation, Inc. v. Meadows Foundation, Inc., Sue Ann Derkach, Nat Clymer, Robert Mettler, Janet Steinhauer, Theresa Thorson, Joanna Rose, John/Jane Does #1-10, The Township of Franklin, jointly, severally and individually, Defendants" (See a true and exact copy of the Summons and the Complaint, filed August 29, 2019, and state court Civil Case Information Statement, collectively annexed hereto as **Exhibit A**).

2. This Notice of Removal is timely filed within thirty (30) days after the first time any of the named defendants first received purported service of the Summons and Complaint upon it/him/her.

3. Specifically, the Summons and Complaint were first served upon defendant Township of Franklin on September 3, 2019.

4. The Summons and Complaint were first served upon defendant Nat Clymer on September 3, 2019.

5. The Summons and Complaint were first served upon defendant Janet Steinhauer on September 10, 2019.

6. The Summons and Complaint were first served upon defendant Meadows Foundation, Inc. on September 13, 2019.

7. The Summons and Complaint were first served upon defendants Joanne Rose and Theresa Thorsen the week of September 9, 2019.

8. The attached Summons, Complaint, state court Civil Case Information Statement constitute all process and pleadings received by defendants in this action to date.

9. In making this Notice of Removal, defendants do not waive any defense based upon deficiencies in the manner of plaintiff purportedly effecting service of the Summonses and Complaint upon defendants.

10. In the Complaint, the plaintiffs allege various causes of action regarding their alleged unlawful discharge from defendant Meadow's Foundation Inc.'s employment, and alleged discrimination in housing based on familial status including alleged violations of the federal law known as 42 U.S.C. § 3604, et seq. (See **Exhibit A**, Complaint at Third Count). Plaintiffs also allege violation of the Equal Protection Clause in the United States Constitution. (U.S. Const. amend. XIV)

11. This Court has original jurisdiction of the above-entitled action on the basis of the existence of a federal question pursuant to 28 U.S.C. § 1331, as plaintiff's claims are governed in part by the 42 U.S. C. § 3604 (Discrimination in the sale or renting of housing and other prohibited practices) and the United States Constitution.

12. As jurisdiction over the subject matter of this action is conferred on this Court by 28 U.S.C. § 1331, this action may be removed to this Court by defendants pursuant to 28 U.S.C. § 1441.

13. Defendants do not waive any objections, exceptions, or defenses to the plaintiffs' Complaint.

14. Defendant Township of Franklin consents to the removal of this action. (See Consent to Remove attached hereto as **Exhibit B**).

15. As of this date, no responsive pleading has been filed in the action commenced by the plaintiffs in the Superior Court of New Jersey, Law Division, Somerset County, and no other proceedings have transpired in that action.

16. Upon filing the within Notice of Removal in the office of the Clerk of the United States District Court for the District of New Jersey, the defendants also filed copies of this Notice with the Clerk of the Superior Court of New Jersey, Law Division, Somerset County, to effect removal of this action to the United States District Court pursuant to 28 U.S.C. § 1441 and U.S.C. § 1446(d). The defendants also served upon the plaintiff's counsel a copy of the same (A true and exact copy of the Notice of Filing of Notice of Removal to United States District Court, filed with the Superior Court of New Jersey, is annexed hereto as **Exhibit C)** together with the Consent to Remove on behalf of the Township of Franklin**.**

WHEREFORE, defendants Meadows Foundation, Inc., Sue Ann Derkach, Nat Clymer, Robert Mettler, Janet Steinhauer, Theresa Thorson and Joanna Rose pray that, given that the statutory requirements have been met, that the above-captioned action now pending in Superior Court of New Jersey, Law Division, Somerset County, be removed therefrom to this Court.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**
Attorneys for Defendants Meadows Foundation, Inc., Sue Ann Derkach, Nat Clymer, Robert Mettler, Janet Steinhauer, Theresa Thorson and Joanna Rose

By:   /s/Kevin Donovan
   Kevin C. Donovan

Dated: October 2, 2019